UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 27, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NARCO LOMACK GALLON,

Defendant.

Case No. 2:19-mj-00036-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release NARCO LOMACK GALLON Case No. 2:19-mj-00036-KJN Charges 18 USC § 3583 from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

___ Unsecured Appearance Bond $ _____

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other): Supervised Release conditions as stated on the record in open court and previously imposed. Defendant to report to Probation Office in Oakland at 1:00 PM on 2/28/2019.

Issued at Sacramento, California on February 27, 2019 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman